# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| FORGED COMPONENTS, INC., | ) | CASE NO. |
| | ) | |
| Plaintiff, | ) | JUDGE |
| | ) | |
| vs. | ) | **PLAINTIFF FORGED COMPONENTS,** |
| | ) | **INC.'S CORPORATE DISCLOSURE** |
| DONALD E. DIDION II d/b/a DIDION's | ) | **STATEMENT** |
| MECHANICAL, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Forged Components, Inc., through its attorneys, Benesch, Friedlander, Coplan & Aronoff LLP, hereby state that no parent corporation or publicly held corporation owns 10% or more of Forged Components, Inc.

Respectfully submitted,

*/s/ James R. Bedell*
James R. Bedell (0097921)
**BENESCH, FRIEDLANDER, COPLAN &
   ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, Ohio 44114-2378
Telephone:  216.363.4500
Facsimile:  216.363.4588
Email:  jbedell@beneschlaw.com

*Attorney for Plaintiff Forged Components, Inc.*